IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03556-RM-GPG

ALON BARAK, individually,
KR8TIV GROUP, LLC, a Delaware limited liability
company, and KR8TIV, LLC, a Wyoming
limited liability company,

    Plaintiffs/Counter-Defendants,

v.

ROOSTER'S GUIDE & OUTFITTING ADVENTURES,
A/K/A ROCKY MOUNTAIN NATURAL ORGANICS,
and RODNEY COGBURN, individually, and AVA COGBURN,
individually,

    Defendants/Counter-Plaintiffs.
_____/
_____

**PLAINTIFFS' MOTION FOR CONTEMPT AGAINST BEN WALCHER FOR FAILURE TO COMPLY WITH THE SUBPOENA FOR PRODUCTION OF DOCUMENTS WITHOUT DEPOSITION DUE MARCH 25, 2021**

**[FORTHWITH HEARING REQUESTED IN SEPARATE MOTION]**
_____

Pursuant to Fed. R. Civ. P. 7, D.C.COLO.LCivR 7.1 Fed. R. Civ. P.. Civ. P. 45(g), Plaintiffs, ALON BARAK, KR8TV GROUP, LLC, a Delaware limited liability company; and KR8TIV, LLC, a Wyoming limited liability Company, move this Court to enter an Order of Contempt against BEN WALCHER, for his failure to comply with Plaintiff's "Subpoena to Produce Documents…in a Civil Action."

As grounds therefore, Plaintiff attaches hereto a true copy of the following documents:

Exhibit "A": Plaintiffs' Subpoena to Produce Documents…in a Civil Action, including Exhibit "A" thereto, issued by Plaintiffs' counsel on March 2, 2021.

1

Exhibit "B":  Plaintiffs' Fed. R. Civ. P. 45(a)(1) Notice of Service of Subpoena Duces without Deposition upon Ben Walcher served March 4, 2021.

Exhibit "C":  March 6, 2021 Email to Craig Brand from Process Server re: attempted service on Sheree Walcher.

Exhibit "D": March 7, 2021 Email from Sean McAllister (Defendants' Co-Counsel) stating he will "facilitate" obtaining a Waiver of Service.

Exhibit "E": March 8, 2021 Ben Walcher's Waiver of Service.

As required by D.C.COLO.LCivR  45.1, Service of the Subpoena was duly effected upon BEN WALCHER more than seven days prior to the March 25, 2021, return date for production.

Ben Walcher has failed to timely object to any portion of the documents listed in Exhibit "A" attached to the Subpoena.

## BACKGROUND

Wild Mustang Estates consists of three (3) lots, each containing a single family residence, which since late 2009 have been continuously owned by members of Defendants/Counter-Plaintiffs, AVA COGBURN and RODNEY COGBURN's family.  Sheree Walcher is the daughter and Ben Walcher is the son-in-law of Defendants/Counter-Plaintiffs, AVA COGBURN and RODNEY COGBURN.  SHEREE WALCHER and BEN WALCHER own and reside at 2168 45 ½ Road, De Beque, Mesa County, Colorado also known as Lot 2, Wild Mustang Estates.  AVA COGBURN and her husband, RODNEY COGBURN, own and reside at 2174 45 ½ Road, De Beque, Mesa County, Colorado also known as Lot 3, Wild Mustang Estates.  Lot 1 of Wild Mustang Estates, known as 2172 45 ½ Road, is owned by RODNEY COGBURN and his son, Ray Cogburn in equal shares.  Ray Cogburn is not currently residing and Lot 3 is vacant.

ABC Legal received both of the issued Subpoenas on March 5, 2021, and provided a copy of the process to separate process servers on the morning of March 6, 2021, to serve process on each witness.

<u>Attempted Service on Sheree Walcher March 6, 2021</u>, by Leah Ann Feugate:

From: <noreply@abclegal.com>
Subject: Service Attempted for Reference # REF-7577891
Date: March 6, 2021 at 4:26:19 PM CST
To: <craig@thebrandlawfirm.com>

A service attempt was performed on your order!

Reference #: REF-7577891
Case #: 19-CV-03556-RM-GCG
Your Process Server: Leah Ann Feugate
Person(s) To Be Served: SHEREE WALCHER
Date/Time: March 06 2021 03:13 PM
Address: 2168 45 1/2 ROAD, DE BEQUE, CO 81630
Outcome: Per JULIE PILAND[1]; subject resides but refused to respond. Per United County Real Estate Agent whom I called due to the sign posted outside the secured gate of the subjects residency. **Per Julie, she called the subject and was told I would have to serve the documents to her attorney.[2]** I had already called and left a voice message on 9706299184. **After I hung up from Julie Poland, the subjects mother Ava Cogburn called me and told me the property had sold, her daughter was in Texas on Spring break and that I had no right to be on the property or honking my horn due to the security gate. She was very irate that I was there and told me she was calling the County Sheriff.**

<u>Attempted Service on Ben Walcher March 6, 2021</u>, by Greg Olinger:

From: <noreply@abclegal.com>
Subject: Service Attempted for Reference # REF-7577891 BEN
Date: March 6, 2021 at 4:24:41 PM CST
To: <craig@thebrandlawfirm.com>

A service attempt was performed on your order!

---

[1] Julie Piland is a real estate salesperson who is attempting to market the Walcher's home at 2168 45 ½ Road.
[2] No counsel has contacted the undersigned on behalf of either Sheree Walcher or Ben Walcher, even though their former counsel remains counsel of record for Defendants/Counter-Plaintiffs, Ava Cogburn and Rodney Cogburn.

      Reference #: REF-7577891 BEN
      Case #: 19-CV-03556-RM-GCG
      Your Process Server: Greg Olinger
      Person(s) To Be Served: BEN WALCHER
      Date/Time: March 06 2021 03:24 PM
      Address: 2168 45 1/2 ROAD, DE BEQUE, CO 81630
      Outcome: Per contact; subject moved.

18 U.S.C. § 1501, states in material part:  "Whoever knowingly and willfully obstructs, resists, or opposes any officer of the United States, or other person duly authorized, in serving, or attempting to serve or execute, any legal or judicial writ or process of any court of the United States, or United States magistrate judge … Shall, except as otherwise provided by law, be fined under this title or imprisoned not more than one year, or both."

<u>This is not the first time Sheree Walcher and Ben Walcher have tried to avoid service of process in this action</u>.  See ECF 23, 23-1, 23-2, 30, 31 and 31-1.

Recently in this litigation, Defendants/Counter-Plaintiffs have disclosed that the Plaintiffs' and Defendants' Joint Venture hemp crop was planted not only on RODNEY and AVA COGBURN'S Lot 1, but also on BEN WALCHER and SHEREE WALCHER'S Lot 2.  Thus, the documents listed in Exhibit "A" to the Subpoena are not just relevant to the current Second Amended Complaint (ECF 59), but also are believed to demonstrate good cause to join BEN WALCHER and SHEREE WALCHER as additional parties Defendant in this action.

### **ARGUMENT**

Fed. R. Civ. P. 45(g) provides:

Contempt. The court for the district where compliance is required — and also, after a motion is transferred, the issuing court — may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

Ben Walcher, the non-party upon whom service of the Subpoena for Documents without Deposition was duly served on March 9, 2021, has failed to comply with the Subpoena or otherwise timely object thereto, seek a protective order or move to quash service.

Plaintiffs purposely set the return date for the documents requested in the Walcher Subpoena for March 25, 2021, as due to the COVID-19 Pandemic, depositions are now being taken by Zoom instead of in person. This would have enabled Plaintiffs' counsel to be able to prepare to review the witness's documents and mark exhibits prior to his scheduled deposition date of April 6, 2021, 1:30 P.M.

Based upon Sheree Walcher's prior conduct in this case, Plaintiffs believe that Ben Walcher will continue to disregard the authority of this Court in the absence of being ordered to appear in person before the Court and show cause why he should not be held in contempt of Court, and thereupon, failing to show cause, be ordered to forthwith produce the requested documents, be appropriately sanctioned and ordered to accept service of whatever process is issued to be served upon him by this Court.

Wherefore, Plaintiffs, ALON BARAK, KR8TV GROUP, LLC, a Delaware limited liability company; KR8TIV, LLC, a Wyoming limited liability Company, pray that this Court will enter an Order directing BEN WALCHER to appear in person before this Court on a date and time certain to show cause why he should not be held in contempt of Court for his willful disregard of the March 2, 2021, Subpoena for Production of Documents without Deposition, and that the Court will direct the United States Marshall's service to effect service of the order upon BEN WALCHER.

Dated March 29, 2021.

*Craig A. Brand, Esq.*
**FBN: 896111**

_____
**Craig A. Brand, Esq.**
Mystic Law, P.A.
4650 Indian Creek Drive
Loveland, Colorado 80538
Telephone: (305) 878-1477
E-mail: Craig@ganjalaw.com
Attorney for Plaintiffs/Counter-Defendants

### CERTIFICATION PURSUANT TO D.C.COLO.LCivR 7.1(a)

The undersigned counsel for Plaintiffs hereby certifies that he has conferred with both Sean McAllister, Esq., and Chris G. Baumgartner, Esq., co-counsel for Defendants, regarding the substance of this motion, and that the Defense counsel has stated in email "I've looked at your Contempt Motions and don't believe we can take a position on them".

Dated March 29, 2021.

*Craig A. Brand, Esq.*
**FBN: 896111**

_____
**Craig A. Brand, Esq.**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 29, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing via email to the following:

Chris G. Baumgartner, Esq.
Agilis Legal, PC
600 17th Street, Ste. 2800 South

6

Denver, CO 80202
Attorney for Defendants

Sean T. McAllister, Esq.
McAllister Garfield, PC
501 Cherry Street, Suite 480
Denver, CO 80246
sean@mcallistergarfield.com
Attorneys for Defendants

*Craig A. Brand, Esq.*
**FBN: 896111**

_____
**Craig A. Brand, Esq.**