IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03556-RM-GPG

ALON BARAK, individually,
KR8TIV GROUP, LLC, a Delaware limited liability
company, and KR8TIV, LLC, a Wyoming
limited liability company,

    Plaintiffs/Counter-Defendants,

v.

ROOSTER'S GUIDE & OUTFITTING ADVENTURES,
A/K/A ROCKY MOUNTAIN NATURAL ORGANICS,
and RODNEY COGBURN, individually, and AVA COGBURN,
individually,

    Defendants/Counter-Plaintiffs.
_____/
_____

**MOTION FOR "FORTHWITH HEARING" ON PLAINTIFFS' MOTION FOR CONTEMPT AGAINST BEN WALCHER FOR FAILURE TO COMPLY WITH SUBPOENA DUCES TECUM FOR PRODUCTION OF DOCUMENTS WITHOUT DEPOSITION SERVED MARCH 9, 2021, WITH A RETURN DATE OF MARCH 25, 2021.**
_____

Pursuant to Section I of United States District Judge Raymond P. Moore's Practice Standards (Civil), Fed. R. Civ. P. 7, and D.C.COLO.LCivR 7.1, Plaintiffs, ALON BARAK, KR8TV GROUP, LLC, a Delaware limited liability company; and KR8TIV, LLC, a Wyoming limited liability Company, move the Court for a Forthwith Hearing on Plaintiffs' Motion for Contempt against BEN WALCHER for his complete failure to comply with the Subpoena for Production of Documents without Deposition issued March 2, 2021 and duly served upon BEN WALCHER March 9, 2021. Said Subpoena included a detailed list of documents which were to be produced on March 25, 2021, at 10:30 A.M. to counsel for Plaintiffs. Plaintiffs' counsel needed

the documents submitted timely in order to prepare for a proposed April 6, 2021, deposition of BEN WALCHER, albeit BEN WALCHER has not yet been served with a Subpoena for the deposition because of his willful failure to timely produce the subpoenaed documents.

As Zoom depositions of witnesses are now conducted instead of in person depositions, it is necessary to first serve a witness with a Subpoena to Produce Documents, Information, etc., without deposition, to enable the subpoenaing party to examine the witness's documents and then schedule the witness's deposition.

A hearing on the motion for Order to Show Cause cannot be handled in the normal course of notice and setting due to a need for immediate judicial intervention. The Motion for Contempt amply supports the granting of a "forthwith hearing" based upon the prior conduct of BEN WALCHER in this case.

Wherefore, Plaintiffs, ALON BARAK, KR8TV GROUP, LLC, a Delaware limited liability company; and KR8TIV, LLC, a Wyoming limited liability Company, pray that this Court will grant this motion and Order a Forthwith Hearing on Plaintiffs' Motion for Contempt against BEN WALCHER.

Dated March 29, 2021.

*Craig A. Brand, Esq.*
**FBN: 896111**

_____
**Craig A. Brand, Esq.**
Mystic Law, P.A.
4650 Indian Creek Drive
Loveland, Colorado 80538
Telephone: (305) 878-1477
E-mail: Craig@ganjalaw.com
Attorney for Plaintiffs/Counter-Defendants

**CERTIFICATION PURSUANT TO D.C.COLO.LCivR 7.1(a)**

The undersigned counsel for Plaintiffs hereby certifies that he has conferred with both Sean McAllister, Esq., and Chris G. Baumgartner, Esq., co-counsel for Defendants, regarding the substance of this motion, and that the Defense Counsel has stated that they cannot take a position on the Motions.

Dated March 29, 2021.

*Craig A. Brand, Esq.*
**FBN: 896111**

_____
**Craig A. Brand, Esq.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 29, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing via email to the following:

Chris G. Baumgartner, Esq.
Agilis Legal, PC
600 17th Street, Ste. 2800 South
Denver, CO 80202
Attorney for Defendants

Sean T. McAllister, Esq.
McAllister Garfield, PC
501 Cherry Street, Suite 480
Denver, CO 80246
sean@mcallistergarfield.com
Attorneys for Defendants

*Craig A. Brand, Esq.*
**FBN: 896111**

_____
**Craig A. Brand, Esq.**