# EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03556-RM-GPG

ALON BARAK, individually,
KR8TIV GROUP, LLC, a Delaware limited liability
company, and KR8TIV GROUP, LLC, a Wyoming
limited liability company,

    Plaintiffs/Counter-Defendants,

v.

ROOSTER'S GUIDE & OUTFITTING ADVENTURES,
A/K/A ROCKY MOUNTAIN NATURAL ORGANICS,
and RODNEY COGBURN, individually, and AVA COGBURN,
individually,

    Defendants/Counter-Plaintiffs.
_____/

## PLAINTIFFS' NOTICE OF SERVICE OF SUBPOENA DUCES TECUM WITHOUT DEPOSITION UPON BEN WALCHER

Pursuant to Rule 45(A)(1), Fed. R. Civ. P., Plaintiffs, ALON BARAK, KR8TV GROUP, LLC, a Delaware limited liability company; KR8TIV GROUP, LLC, a Delaware limited liability company, and KR8TIV, LLC[1], a Wyoming limited liability Company, herewith give notice that the attached Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action is being served upon Ben Walcher.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 2, 2021, I served the foregoing document via email to Chris G. Baumgartner, Esq., Agilis Legal, PC, 600 17th Street, Ste. 2800 South,, Denver, CO

---

[1] **The correct name of the Wyoming entity is KR8TIV, LLC.  See production Bates Stamped BARAK1092-BARAK1098.**

1

2

80202, cgb@agilislegal.com and Sean T. McAllister, Esq., McAllister Garfield, 501 S. Cherry Street, Suite 480, Denver, CO 80246, sean@mcallistergarfield.com.

_____
**Craig A. Brand, Esq.**