# EXHIBIT "C"

From: &lt;noreply@abclegal.com&gt;
Subject: Service Attempted for Reference # REF-7577891 BEN
Date: March 6, 2021 at 4:24:41 PM CST
To: &lt;craig@thebrandlawfirm.com&gt;

A service attempt was performed on your order!

Reference #: REF-7577891 BEN
Case #: 19-CV-03556-RM-GCG
Your Process Server: Greg Olinger
Person(s) To Be Served: BEN WALCHER
Date/Time: March 06 2021 03:24 PM
Address: 2168 45 1/2 ROAD, DE BEQUE, CO 81630
Outcome: Per contact; subject moved.