EXHIBIT "D"

On Mar 7, 2021, at 3:46 PM, Sean McAllister <sean@mcallistergarfield.com> wrote:

Craig,

In the future, please just send a waiver of service to me on these type of things and I'll facilitate getting it signed for you. Your process server created a bit of a dust up, honking horns, etc. No need for unnecessary conflict.

Also, I'm out of town March 26-April 4, but if you want to start discussing depo dates other than those dates, let me know, thanks,

Sean T. McAllister, Esq.*
McAllister Garfield, P.C.
501 S. Cherry Street, Suite 480
Denver, CO 80246
(Ph) 720-722-0048
(Em) sean@mcallistergarfield.com
www.mcallistergarfield.com
*Licensed in Colorado and California
Offices in Denver, Los Angeles, and Detroit