EXHIBIT "E"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03556-RM-GPG

ALON BARAK, individually,
KR8TIV GROUP, LLC, a Delaware limited liability
company, and KR8TIV GROUP, LLC, a Wyoming
limited liability company,

    Plaintiffs/Counter-Defendants,

v.

ROOSTER'S GUIDE & OUTFITTING ADVENTURES,
A/K/A ROCKY MOUNTAIN NATURAL ORGANICS,
and RODNEY COGBURN, individually, and AVA COGBURN,
individually,

    Defendants/Counter-Plaintiffs.
_____/

## BEN WALCHER'S WAIVER AND ACCEPTANCE OF SERVICE OF PLAINTIFF'S SUBPOENA FOR PRODUCTION OF RECORDS WITHOUT DEPOSITION

I, BEN WALCHER, affirm that Sean T. McAllister, Esq., co-counsel for Defendants/Counter-Plaintiffs in the above captioned case, provided me with a copy of Plaintiff's Subpoena for Production of Records without Deposition attached hereto as Exhibit "1." I affirm that I waive personal service and accept service of Plaintiff's Subpoena for Production of Records without Deposition and acknowledge that this is a written waiver of service and I acknowledge service of this document as if service had been personally made on me by the Plaintiffs/Counter-Defendants. I hereby waive any claim that service was defective or failed to comply with the Federal Rules of Civil Procedure.

Dated this __9th__ day of March, 2021.

                                                                          BEN WALCHER

## CERTIFICATE OF SERVICE

    I hereby certify that on this 9th day of March, 2021, I electronically transmitted the foregoing to opposing counsel at the following email addresses:

Craig A. Brand, Esq.
Mystic Law, P.A.

4650 Indian Creek
Loveland, Colorado 80538
Craig@ganjalaw.com

2