IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03556-RM-GPG

ALON BARAK, individually,
KR8TIV GROUP, LLC, a Delaware limited liability
company, and KR8TIV, LLC, a Wyoming
limited liability company,

    Plaintiffs/Counter-Defendants,

v.

ROOSTER'S GUIDE & OUTFITTING ADVENTURES,
A/K/A ROCKY MOUNTAIN NATURAL ORGANICS,
RODNEY COGBURN, individually, AVA COGBURN,
individually, SHEREE COGBURN WALCHER, individually,
and BEN WALCHER, individually,

    Defendants,

and

ROOSTER'S GUIDE & OUTFITTING ADVENTURES,
A/K/A ROCKY MOUNTAIN NATURAL ORGANICS,
RODNEY COGBURN, individually, AVA COGBURN,
Individually,

    Counter-Plaintiffs.
_____/
_____

**PLAINTIFFS'MOTION FOR ORDER SUBSTITUTING THE FULLY EXECUTED OCTOBER 30, 2022, DECLARATION OF ALON BARAK, *NUNC PRO TUNC* NOVEMBER 1, 2022, FOR THE ERRONEOUSLY FILED UNEXECUTED DECLATAION OF ALON BARAK FILED NOVEMBER 1, 2022, AT ECF 192-1**

    Pursuant to Fed. R. Civ. P. 7(b)(1)(A) and D.C.Colo.LCivR 7.1(a), Plaintiffs, ALON BARAK, KR8TIV GROUP, LLC, a Delaware limited liability company, and KR8TIV, LLC, a Wyoming limited liability Company, by and through their undersigned counsel move this court for entry of an Order substituting *Nunc Pro Tunc* November 1, 2022, the October 30, 2022, fully

1

executed Declaration of Alon Barak, attached hereto as Exhibit "1" for the erroneously filed unexecuted Declaration of Alon Barak filed in this cause November 1, 2022, as ECF 192-1.

## ARGUMENT

On October 31, 2022, (ECF 184) Counter-Defendants filed their Motion for Summary Judgment on Counter-Plaintiff Rooster's Guide & Outfitting Adventures' Civil Theft Claim (Third Claim of the Counterclaim). In conjunction with the ECF 184, Counter-Defendant erroneously filed the unexecuted Declaration of Alon Barak with Exhibits "A" through "D" attached. On November 1, 2022 (ECF 188), the Court notified the undersigned counsel that Counter-Defendants' Motion for Summary Judgment filed October 31, 2022, did not comply with Judge Moore's Civil Practice Standards. As a result, on November 1, 2022, Counter-Defendants prepared and filed their Motion for Summary Judgment with a separate Statement of the Facts (ECF 191 through 191-19) in accordance with Judge Moore's Civil Practice Standards. Unfortunately, Counter-Defendants refiled the unexecuted Declaration of Alon Barak (ECF192-1).

On October 30, 2022, Alon Barak dated and DocuSigned his Declaration of Alon Barak with Exhibits "A" through "D." The same is attached as Exhibit "1" hereto. Plaintiffs seek entry of an Order substituting the fully executed Declaration of Alon Barak with Exhibits "A" through D" attached hereto effective as if duly filed November 1, 2022, as Exhibit 192-1.

No prejudice will result to Counter-Plaintiff, as the contents of the attached Declaration are identical to ECF 192-1, except for the addition of the date of execution and DocuSignature of Alon Barak. This motion should be granted in the interest of justice.

WHEREFORE, Plaintiffs, ALON BARAK, KR8TIV GROUP, LLC, a Delaware limited liability company, and KR8TIV, LLC, a Wyoming limited liability Company, respectfully pray

that this Court will enter an order substituting *Nunc Pro Tunc* November 1, 2022, the October 30, 2022, fully executed Declaration of Alon Barak, attached hereto as Exhibit "1" for the erroneously filed unexecuted Declaration of Alon Barak filed in this cause November 1, 2022, as ECF 192-1.

### D.C.COLO.LCivR 7.1(a) CERTIFICATION

I HEREBY CERTIFY that on November 10, 2022, I conferred with Counsel for Defendants/Counter-Plaintiffs in an attempt to resolve the issue set forth in this motion, and opposing counsel stated that have no objection to this motion.

DATED November 10, 2022.

Respectfully submitted,

/s/ *Craig A. Brand, Esq.*

_____
**Craig A. Brand, Esq.**
Mystic Law, P.A.
4650 Indian Creek Road
Loveland, Colorado 80538
Telephone: (305) 878-1477
E-mail: Craig@ganjalaw.com
Attorney for Plaintiff/Counter-Defendant/
Third-Party Defendants

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 10, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing via email to:

James F. Fosnaught, Esq.
jff@mountainlawfirm.com
Shoshana Rosenthal, Esq.
sr@mountainlawfirm.com
KARP NEU HANLON, P.C.
201 14th Street, Suite 200
Glenwood Springs, CO 81601

Phone: (970) 945-2261

/s/ *Craig A. Brand, Esq.*

_____
**Craig A. Brand, Esq.**
Mystic Law, P.A.
4650 Indian Creek Drive
Loveland, Colorado 80538
Telephone: (305) 878-1477
E-mail: Craig@ganjalaw.com
Attorney for Plaintiffs/Counter-Defendants