IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 19-cv-03556-PAB-STV

ALON BARAK, individually,
KR8TIV GROUP, LLC, a Delaware limited liability company, and
KR8TIV, LLC, a Wyoming limited liability company,

    Plaintiffs,
v.

ROOSTER'S GUIDE & OUTFITTING ADVENTURES, a Colorado company, a/k/a
Rocky Mountain Natural Organics,
RODNEY COGBURN, individually,
AVA COGBURN, individually,
SHEREE COGBURN WALCHER, individually, and
BEN WALCHER, individually,

    Defendants.
_____

### ORDER SETTING CASE FOR TRIAL
_____

This matter has been scheduled for an eight-day jury trial on the docket of Chief Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A701, 7th Floor, 901 19th Street, Denver, Colorado, to commence on **April 21, 2025 at 8:00 a.m.** The Court typically does not hold trial on Fridays.

A Trial Preparation Conference is set for **April 4, 2025 at 1:30 p.m.** Counsel who will try the case shall attend in person.

In the absence of a previously-imposed deadline, all motions to exclude expert testimony must be filed **sixty days** before the trial preparation conference.

Transcripts filed in support of objections to designations of deposition testimony must include the portion of the transcript containing the testimony with the testimony highlighted.

Any summary exhibits to be introduced pursuant to Fed. R. Evid. 1006 shall be exchanged sixty days before trial; any summary exhibits responding to an opponent's summary exhibits shall be exchange thirty days later.

**Fourteen days** before the trial preparation conference, counsel and any pro se party shall submit proposed jury instructions and verdict forms. The jury instructions shall identify the source of the instruction and supporting authority, e.g. § 103, Fed. Jury Practice, O'Malley, Grenig, and Lee (5th ed.). The parties shall submit their instructions and verdict forms both via CM/ECF and by electronic mail to [brimmer_chambers@cod.uscourts.gov](mailto:brimmer_chambers@cod.uscourts.gov) in Word Perfect format (Word Perfect 12 or a later version) or Word format. Verdict forms shall be submitted in a separate file from jury instructions. Within the jury instruction file, each jury instruction shall begin on a new page.

Each instruction should be numbered (e.g., "Plaintiff's Instruction No. 1") for purposes of making a record at the jury instruction conference. The parties shall attempt to stipulate to the jury instructions, particularly "stock" instructions and verdict forms.

In diversity cases where Colorado law applies, please submit instructions and verdict forms that conform to the most recent edition of CJI-Civ.

**Fourteen days** before the trial preparation conference, the parties shall file their motions in limine, if any. *See* Practice Standards (Civil cases), Chief Judge Philip A. Brimmer, § IV.D. Any responses to the motions in limine shall be filed seven days before the trial preparation conference.

**Seven days** before the trial preparation conference, the parties shall file via CM/ECF (1) their proposed *voir dire* questions; (2) their witness lists; and (3) their exhibit lists. Forms of the witness and exhibit lists are found at http://www.cod.uscourts.gov/Judges/Judges.aspx. Please add at least ten additional blank rows at the end of the exhibit list to accommodate any additional exhibits that may be introduced at trial.

Two days after witness lists are filed, the parties shall file estimates of time required for their cross-examination of the opposing party's witnesses.

To the extent the deadlines and other provisions of this order conflict with this Court's Practice Standards, this order shall control.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

1) any pending motions;

2) jury selection;

3) sequestration of witnesses;

4) timing of presentation of witnesses and evidence;

5) anticipated evidentiary issues;

6) any stipulations as to fact; and

7) any other issue affecting the duration or course of the trial.

DATED July 26, 2024.

BY THE COURT:

PHILIP A. BRIMMER
Chief United States District Judge