Docusign Envelope ID: B995747F-B200-4D5C-890F-A8C60D207422

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03556-RM-SRV

ALON BARAK, individually,
KR8TIV GROUP, LLC, a Delaware limited liability
company, and KR8TIV GROUP, LLC, a Wyoming
limited liability company,

       Plaintiffs/Counter-Defendants,

v.

ROOSTER'S GUIDE & OUTFITTING ADVENTURES,
A/K/A ROCKY MOUNTAIN NATURAL ORGANICS,
RODNEY COGBURN, individually, AVA COGBURN,
individually, SHEREE COGBURN WALCHER, individually,
and BEN WALCHER, individually,

       Defendants

and

ROOSTER'S GUIDE & OUTFITTING ADVENTURES,
A/K/A ROCKY MOUNTAIN NATURAL ORGANICS,
RODNEY COGBURN, individually, AVA COGBURN,
Individually,

       Counter-Plaintiffs.

_____/

---

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR
PLAINTIFFS'/COUNTER-DEFENDANTS, D.C.COLO.LATTYR 5(B)
CERTIFICATION AND D.C.COLO.LCivR 7.1(a) CERTIFICATION**

---

Pursuant to Fed. R. Civ. P. 7(b) and D.C.COLO.LAttyR 5(b), Craig A. Brand, Esq., and

his law firm (together "Movant"), hereby move this Court for entry of an Order Granting This

Motion And Withdrawing Movant from further representation of Plaintiffs/Counter-Defendants,

ALON BARAK, individually, KR8TIV, LLC, a Delaware limited liability company and KR8TIV,

1

Docusign Envelope ID: B995747F-B200-4D5C-890F-A8C60D207422

a Wyoming limited liability company, in this case as counsel for Plaintiffs and Counter-Defendants.

As grounds therefore,

1.     The undersigned counsel represents that good cause exists for Movant's withdrawal as he has been discharged by the client from his legal duties, relegated down to a consultant for his present and lead counsel, Federman and Sherwood, as well as Mr. Brand winding down his law practice and fully retiring in the coming months.

2.     The undersigned counsel and the Clients, i.e., plaintiffs/counter-defendants, have communicated concerning this motion and it has been agreed to by the Clients, in writing, that Mr. Brand would be replaced as counsel in this matter by Federman and Sherwood and would stay on only so long as needed for consulting or should the undersigned desire to second chair with Mr. Federman.

3.     This written agreement, *Id., paragraph 2*, which the undersigned can provide under seal to the Court as it also contains Attorney Client and other privileged information, was executed on or about December 5, 2023.  Within this Agreement, Federman and Sherwood, and William Federman, Esq. was placed, as lead and trial counsel in this matter and Mr. Brand and his law firm as just a consultant.

4.     Since Federman and Sherwood's undertaking of this case on behalf of the Clients, i.e., since no later than December 5, 2023, the undersigned has had limited to no involvement with this case, has forwarded all his files and originals to the Clients, and was discharged as legal counsel.

Docusign Envelope ID: B995747F-B200-4D5C-890F-A8C60D207422

5.      The undersigned counsel has moved to the Country of Costa Rica in an effort to repair his health, slow his life, and limit his case load to the point of effectuating the closure of his law office, which was to have been by the end of 2025.

6.      The undersigned has shared and discussed this Motion with the clients and Mr. Barak has stated that he would sign this motion if need be, but he is presently in an emergency situation as he has health problems of his own and he just received news that his elderly mother is in the hospital in the country of Israel, with the situation not positive.  Mr. Barak's attention needs to be focused on other family concerns at the moment.

7.      The undersigned certification and acknowledgement of Alon Barak, in a private agreement with and between counsel, reflects that the undersigned counsel has fully complied with D.C.COLO.LAttyR 5(b).

Wherefore, Craig A. Brand, Esq. and Mystic Law, P.A., respectfully pray that the Court will Enter An Order Granting This Motion And Withdrawing Craig A. Brand, Esq. and Mystic Law, P.A., from any and all further representation of Plaintiffs/Counter-Defendants, ALON BARAK, KR8TIV, LLC, a Delaware limited liability company and KR8TIV, a Wyoming limited liability company, in this case.

### CLIENT CONSENT TO WITHDRAWAL AND ACKNOWLEDGEMENT

I, ALON BARAK, individually and as sole member of KR8TIV, LLC, a Delaware limited liability company and KR8TIV, a Wyoming limited liability company, hereby consent to the Court granting the motion of Carig A. Brand, Esq., and Mystic Law, P.A., to withdraw as counsel for Plaintiffs/Counter-Defendants in this case.

I hereby acknowledge the following:

Docusign Envelope ID: B995747F-B200-4D5C-890F-A8C60D207422

A. I substituted counsel, by written agreement, by and between the Plaintiffs, my new law firm: Federman and Sherwood, William Federman, Esq., and Craig A. Brand and his law firm.

B. In this substitution Federman and Sherwood became responsible for the case, its handling and its trial and Craig A. Brand and his firm stayed on as a consultant and in the event that Craig A. Brand wanted to second chair Mr. Federman at any trial, he would be given that opportunity.

C. Mr. Brand has not had material involvement in this case for approximately two years.

D. Mr. Brand no longer desires to second seat the case as he is retiring from his practice and has moved to Costa Rica.

Dated January 24, 2026.

1/25/2026

ALON BARAK, individually and as sole
member of KR8TIV, LLC, a Delaware
limited liability company and KR8TIV,
a Wyoming limited liability company

### D.C.COLO.LCivR 7.1 CERTIFICATION

I HEREBY CERTIFY that I contacted *Attempted to* opposing counsel, James Fosnaught, Esq., ~~and~~ *who have not responded* Shoshana ~~Rosenthal,~~ Esq., and counsel for Defendant/Counter-Plaintiffs ~~do not oppose the~~ *to my requests for conferral or viewpoint.* ~~granting of this Motion.~~

Dated January 26, 2026.

/s/ *Craig A. Brand*
_____
**Craig A. Brand, Esq.**
Mystic Law, P.A.
6462 S. Jamaica Circle
Englewood, Colorado 80111
Telephone: (305) 878-1477
E-mail: craig@thebrandlawfirm.com
Attorney for Plaintiffs/
Counter-Defendants

4

Docusign Envelope ID: B995747F-B200-4D5C-890F-A8C60D207422

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 26, 2026, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system and, on the same date, served the following by

email:

James F. Fosnaught, Esq.
jff@mountainlawfirm.com
Shoshana Rosenthal, Esq.
sr@mountainlawfirm.com
KARP NEU HANLON, P.C.
201 14th Street, Suite 200
Glenwood Springs, CO 81601
Phone: (970) 945-2261

FEDERMAN & SHERWOOD
10205 N. Pennsylvania
Oklahoma City, OK 73120
Phone: (405) 235-1560
Fax: (405) 239-2112
Attn: William Federman, Esq.
WBF@federmanlaw.com

ALON BARAK, individually,
KR8TIV GROUP, LLC, a Delaware limited liability
company, and KR8TIV GROUP, LLC, a Wyoming
limited liability company at: alonbarak1@gmail.com


/s/ *Craig A. Brand*

_____

**Craig A. Brand, Esq.**
**FBN: 896111**