**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.19-cv-03556-RM-STV

ALON BARAK,
KR8TIV, LLC, a Wyoming limited liability company, and
KR8TIV GROUP, LLC, a Delaware limited liability company,

      Plaintiffs,

v.

ROOSTER'S GUIDE & OUTFITTING ADVENTURES, a Colorado company a/k/a Rocky
Mountain Natural Organics,

RODNEY COGBURN,
AVA COGBURN,
SHEREE COGBURN WALCHER, and
BEN WALCHER,

      Defendant.

_____/

**MOTION TO WITHDRAW AS COUNSEL FOR
<u>PLAINTIFFS/COUNTER-DEFENDANTS</u>**

Pursuant to Fed. R. Civ. P. 7(b) and D.C. COLO. LAttyR. 5(b), William B. Federman,
Jessica A. Wilkes, and their law firm Federman & Sherwood (collectively "Movants") respectfully
request that this Court enter an order granting Movants' motion to withdraw as counsel for
Plaintiffs/Counter-Defendants Alon Barak, KR8TIV, LLC, and KR8TIV ("Plaintiffs") in the
above captioned case. In support thereof, Movants state as follows:

1.     William B. Federman and Jessica A. Wilkes of Federman & Sherwood entered an
appearance on behalf of Plaintiffs on December 11, 2023 and January 5, 2024, respectively.

2.     Plaintiffs have not complied with the terms of their engagement agreement with
Movants, including payment of litigation expenses.

1

3.    Therefore, Movants seek to withdraw as counsel for Plaintiffs.

4.    Movants provided multiple notices to Plaintiffs of their intend to withdraw. Most recently on January 30, 2026, Movants provided written notice to Plaintiffs informing them of Movants' intent to withdraw, informing them of all upcoming deadlines, hearings, and their right to object to this motion., and need to retain successor counsel.

5.    Plaintiffs have been advised to secure new counsel or file a notice to appear *pro se*.

6.    Movants have conferred with counsel for Defendants/Counter-Plaintiffs; Defendants/Counter-Plaintiffs do not oppose this motion but does object to Plaintiffs KR8TIV, LLC and KR8TIV continuing in this litigation unrepresented by counsel.

7.    Craig A. Brand, Esq. and his law firm Mystic Law, P.A. (collectively "Mr. Brand") represented Plaintiffs since the inception of this case.

8.    On January 26, 2026, Mr. Brand filed a motion to withdraw as counsel in this case. Mr. Brand's motion came after Movants informed Mr. Barak that they intended to withdraw from the case due to Plaintiffs' breach of their agreement.

9.    Mr. Brand's motion, although possibly not relevant to the present Motion, makes multiple misrepresentations as to his prior agreement with Movants and his involvement in this matter. Moreover, Mr. Brand's motion was *not* unopposed, as Movants were not advised and did not consent to his motion to withdraw. In fact, Mr. Brand failed to give Movants any notice of his motion until after it was filed.

10.    There are no upcoming hearings or deadlines in this matter in the next coming nine months. The next deadline in this matter is October 30, 2026 (fourteen days before the trial preparation conference on November 13, 2026) (Docs. 244, 263). Plaintiffs therefore have been

2

given adequate time from Movants first notice of their intent to withdraw and this Motion to retain successor counsel.

For the foregoing reasons, Movants respectfully request that this Court grant an order withdrawing Movants as counsel for Plaintiffs/Counter-Defendants in this case.

Dated: February 3, 2026

Respectfully submitted,

*/s/ William B. Federman*
William B. Federman
Jessica A. Wilkes
Federman & Sherwood
10205 N. Pennsylvania Ave
Oklahoma City, OK 73120
Tel: 405-235-1560
jaw@federmanlaw.com
wbf@federmanlaw.com

## Certificate of Conferral – D.C. COLO. LCivR. 7.1

On January 30, 2026 the undersigned met and conferred with opposing counsel regarding the relief requested herein. Defendants do not oppose this motion but does object to Plaintiffs KR8TIV, LLC and KR8TIV continuing in this litigation unrepresented by counsel.

## Certificate of Notice – D.C. COLO. LAttyR 5(b)

On January 30, 2026, the undersigned counsel set the notice to Plaintiffs/Counter-Defendants informing them of Movants' intent to withdraw, informing them of all upcoming deadlines, hearings, their right to object to this motion, and the requirement for counsel for the LLC Plaintiffs.

*/s/ William B. Federman*
William B. Federman

3

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on February 3, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing via email to:

James F. Fosnaught, Esq.
jff@mountainlawfirm.com
Shoshana Rosenthal, Esq.
sr@mountainlawfirm.com
KARP NEU HANLON, P.C.
201 14th Street, Suite 200
Glenwood Springs, CO 81601
Phone: (970) 945-2261

/s/ William B. Federman
William B. Federman

4