IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Magistrate Judge Scott T. Varholak**

Civil Action: 19-cv-03556-PAB-STV     Date: February 25, 2026
Courtroom Deputy: Meghan Smotts       FTR – Reporter Deck-Courtroom A402

*Parties:*                            *Counsel:*

ALON BARAK,                           William Federman *by phone*
KR8TIV, LLC, and
KR8TIV GROUP, LLC,

    Plaintiff,

v.

ROOSTER'S GUIDE & OUTFITTING          James Fosnaught *by phone*
ADVENTURES,
RODNEY COGBURN, and
AVA COGBURN,

    Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**
**Court in session:   3:02 p.m.**
Court calls case.  Appearances of counsel.

Plaintiff Alon Barak and representatives of Plaintiffs KR8TIV, LLC and KR8TIV Group, LLC failed to appear as ordered by [ECF 272].

This matter is before the Court regarding [267] Motion to Withdraw as Attorney for Plaintiffs/Counter-Defendants.

Statements made by counsel.

For the reasons stated on the record, it is:

**ORDERED:**    Motion to Withdraw as Attorney for Plaintiffs/Counter-Defendants [267] is **GRANTED. Attorneys William Federman and Jessica Wilkes are terminated from the case**. Mr. Federman shall provide the Court and Defendants' counsel with Plaintiff, Alon Barak's email address at the

conclusion of today's hearing. Upon receipt, Mr. Federman shall forward a copy of this Minute Order to the plaintiff.

The plaintiff, Mr. Alon Barak is personally responsible for complying with all Court orders and time limitations established by applicable statutes and rules. However, the plaintiffs, KR8TIV, LLC, and KR8TIV GROUP, LLC as entities, may not appear without counsel admitted to the bar of this Court. See D.C.COLO.LAtty 5(b). Failure to obtain counsel within 30 days of today's date as it applies to the LLCs it will result in a recommendation that the LLCs case be dismissed.

**ORDERED:**    A Status Conference is set for **April 22, 2026, at 11:00 A.M.** before Magistrate Judge Varholak in courtroom A402. <u>If Plaintiff, Mr. Barak fails to appear at this status conference it may result in a recommendation of the dismissal of his affirmative claims for failure to prosecute and may result in judgment against him on the defensive claims.</u>

The Clerk shall provide a copy of this Minute Entry to Mr. Alon Barak at the email address provided by Mr. Federman and added to the case.

HEARING CONCLUDED.

**Court in recess:  3:11 p.m.**
Total time in court:    00:09

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.