IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Magistrate Judge Scott T. Varholak**

Civil Action: 19-cv-03556-PAB-STV                    Date: July 8, 2026
Courtroom Deputy: Sonia Chaplin                      FTR – Courtroom A402

| *Parties:* | *Counsel:* |
|---|---|
| ALON BARAK; *et al,* | Pro Se |
| Plaintiffs, | |
| v. | |
| Rooster's Guide & Outfitting Adventures | Shoshana Rosenthal |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**
**Court in session: 9:07 a.m.**

Court calls case. Appearances of counsel and Pro Se Plaintiff, Alon Barak. Appearance of Ava Cogburn.

This matter is before the Court on Plaintiff [ECF Doc. No 290] Alon Barak's Emergency Motion for Extension of Time to Comply with Court Orders and for Continuance of all Pre-Trial and Trial Deadlines (the "Motion").

Arguments by counsel.

For the reasons stated on the record, it is:

**ORDERED:**        Plaintiff [ECF Doc. No 290] Alon Barak's Emergency Motion is **DENIED**.

HEARING CONCLUDED.

**Court in recess: 9:25 a.m.**
Total time in court: 00:18

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 815-0487, scheduling@pattersontranscription.com; or AB Litigation Services at (303) 629-8534.*